# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS HERNANDEZ CARO,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-06444 JLT EPG (HC)<br>A-Number: 077-920-329<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br>(Docs. 1, 11) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 22, 2026, the magistrate judge issued findings and recommendations that the petition for writ of habeas corpus be granted and Respondents be directed to immediately release Petitioner. (Doc. 11.) On November 5, 2026, Respondents filed timely objections. (Doc. 12.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondents' objections, the Court concludes the findings and recommendations are supported by the record and proper analysis insofar as they find Petitioner is entitled to habeas relief because Respondents failed to demonstrate changed circumstances justified Petitioner's re-detention.[1]

[1] The Court declines to address the alternative ground for relief—lack of notice and an informal interview—discussed in the findings and recommendations.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 20, 2026 (Doc. 12) are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **GRANTED**.
3. Respondents are directed to **IMMEDIATELY RELEASE** Petitioner from custody under the conditions of his most recent order of supervision.
4. Respondents are **ENJOINED AND RESTRAINED** from re-detaining Petitioner pursuant to 8 C.F.R. § 241.13(i)(2) unless there are material changed circumstances and a neutral decisionmaker determines that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future.
5. The Clerk of Court is directed to serve the Central Valley Annex with a copy of this Order.
6. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated: _November 9, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE